PROB 12C
(6/16)

Report Date: August 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian D. Harry | Case Number: 0980 2:17CR00203-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 15, 2019 | |
| Original Offense: Sexual Abuse of a Minor, 18 U.S.C. 1153, 2243 (a) | |
| Original Sentence: Prison - 24 months; TSR - 240 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: David Michael Herzog | Date Supervision Commenced: June 14, 2021 |
| Defense Attorney: Amy H. Rubin | Date Supervision Expires: May 13, 2041 |

## PETITIONING THE COURT

To issue a summons.

On June 15, 2021, the conditions of supervision were reviewed with Mr. Harry. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: It is alleged Mr. Harry changed his living situation without advanced approval of the undersigned officer on or around August 1, 2022.<br><br>On August 10, 2022, the undersigned officer spoke with the property manager of the Lincoln House, who advised that Mr. Harry has not been at the house the entire month of August 2022. |
| 2 | **Special Condition # 8**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |

Prob12C
Re: Harry, Adrian D
August 16, 2022
Page 2

**Supporting Evidence**: It is alleged that Mr. Harry violated his conditions of supervised release by not attending sex offender treatment since July 2022.

On August 12, 2022, the undersigned officer spoke with the sex offender counselor who advised that Mr. Harry missed his August 1, and August 8, 2022, individual counseling sessions and has failed to make them up.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/16/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

August 16, 2022
Date