PROB 12C
(6/16)

Report Date: September 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Adrian D Harry | Case Number: | 0980 2:17CR00203-TOR-1 |
| Address of Offender: | [redacted] | | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243 (a) | | |
| Original Sentence: | Prison - 24 months; TSR - 240 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | June 14, 2021 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expired: | May 14, 2041 |

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/16/2022.

On June 15, 2021, a U.S. probation officer reviewed Mr. Harry's conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 4**: You must live at an approved residence, and must not change your living situation without advance approval of the supervising officer. |
| | **Supporting Evidence**: It is alleged Mr. Harry changed his living situation without advance approval of the undersigned officer on or about September 23, 2022. |
| | On September 26, 2022, the undersigned officer spoke with the property manager of the Lincoln House, Mr. Harry's approved residence.  It was reported he has not been residing at his approved residence since September 23, 2022. It was also reported, on September 24, 2022, Mr. Harry tried talking his roommate into signing the log book for him which would indicate he was at the approved housing and following the house rules, when he was in fact not. |
| | On September 26, 2022, the undersigned officer contacted Mr. Harry via telephone to question him regarding where he had been staying? Mr. Harry admitted to the undersigned officer that he had been going to the approved residence and signing the log book and leaving. When questioned where he had been sleeping, he stated "in my car and other places." When questioned about the vehicle he claimed to be sleeping in, he admitted to borrowing a friend's vehicle but did not know the person's name. The property manager nor |

Prob12C
Re: Harry, Adrian D
September 26, 2022
Page 2

the undersigned officer gave Mr. Harry permission to stay anywhere else other than his approved residence. Due to several noncompliance incidents to date, his housing at the Lincoln House was terminated and he is now homeless.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/26/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[X]  Other: *All pending violations will be addressed at the Revocation Hearing set for 10/5/2022 at 10:30 a.m.*

Thomas O. Rice
United States District Judge

September 26, 2022
Date