PROB 12C
(6/16)

Report Date: July 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian D. Harry | Case Number: 0980 2:17CR00203-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) | | |
| Original Sentence: | Prison - 24 months; TSR - 240 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (October 5, 2022) | Prison- 2 months TSR- 20 years | | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: | November 25, 2022 |
| Defense Attorney: | Kathryn Lucido | Date Supervision Expires: | November 24, 2042 |

**PETITIONING THE COURT**

To issue a warrant.

On November 29, 2022, a U.S. probation officer reviewed Mr. Harry's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: It is alleged that Mr. Harry is in violation of his supervised release conditions by not staying at his approved residence on or about July 18, 2023. |
| | On July 19, 2023, the undersigned officer spoke with the property manager at the House of Mercy, Mr. Harry's approved residence. It was reported he did not come home on July 18, 2023.  The housing manager also advised that Mr. Harry came home and left so quickly he was unable to collect a random urinalysis, which he had suspicions since he did not return home the prior night. |

Prob12C
**Re: Harry, Adrian D**
**July 20, 2023**
**Page 2**

2   **Special Condition # 16**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Harry is in violation of his supervised release conditions by consuming alcohol on or about July 18, 2023.

On July 18, 2023, the undersigned officer called Mr. Harry and instructed him to report to the United States Probation Office. He reported as instructed.

On July 19, 2023, Mr. Harry was questioned about why he did not return home on July 18, 2023. He advised he was just driving around in Liberty Lake, Washington, at 10:45 p.m., and got a flat tire. He advised he pulled into a gas station and stayed there until he was able to get a ride. Mr. Harry was questioned if he had been drinking, to which he replied, "Yes." He was asked if he was drinking and driving, to which he responded, "No, I started drinking at 2 a.m." Mr. Harry signed an admission form stating he consumed alcohol.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/20/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

July 20, 2023
Date