PROB 12C
(6/16)

Report Date: July 24, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrian D. Harry          Case Number: 0980 2:17CR00203-TOR-1

Address of Offender: ▬▬▬▬▬▬▬▬▬▬ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2019

Original Offense:         Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243 (a)

Original Sentence:        Prison - 24 months;            Type of Supervision: Supervised Release
                          TSR - 240 months

Revocation Sentence:      Prison - 2 months;
(October 5, 2022)         TSR - 240 months

Asst. U.S. Attorney:      David Michael Herzog           Date Supervision Commenced: November 25, 2022

Defense Attorney:         Kathryn Patricia Lucido        Date Supervision Expires: November 24, 2042

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/20/2023.

On November 29, 2022, a U.S. probation officer reviewed Mr. Harry's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #16**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
|   | **Supporting Evidence**: It is alleged that Mr. Harry is in violation of his supervised release conditions by consuming alcohol on or about July 23, 2023. |
|   | On July 23, 2023, the undersigned officer received notification from the housing manager where Mr. Harry is currently residing advising that Mr. Harry falsified a random urinalysis. He took a random urinalysis for his roommate. The urinalysis returned positive for alcohol. Upon further questioning, Mr. Harry admitted to the housing manager he did his roommate |

Prob12C
Re: Harry, Adrian D.
July 24, 2023
Page 2

a favor by taking his random drug test because he was going to be positive for suboxone. Mr. Harry was immediately kicked out of his housing and is now homeless.

On July 24, 2023, Mr. Harry reported to the United State Probation Office. He submitted a urinalysis and it was sent to the lab to test for alcohol. Mr. Harry was questioned regarding falsifying the random urinalysis at his clean and sober housing. Initially, Mr. Harry lied about what happened. After further questioning and advising him that the housing manager contacted the undersigned officer and told her what happened, he admitted to taking the random drug test for his roommate. He was taken into custody on his federal warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

July 24, 2023
Date