PROB 12C
(6/16)

Report Date: February 9, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adrian D. Harry | Case Number: 0980 2:17CR00203-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2019

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243(a) | |
| Original Sentence: | Prison - 24 months;<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 5, 2022) | Prison - 2 months;<br>TSR - 240 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - 5 months;<br>TSR - 240 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: December 22, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: December 21, 2043 |

## PETITIONING THE COURT

To issue a warrant.

On December 29, 2023, a U.S. probation officer reviewed Mr. Harry's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Adrian Harry allegedly violated standard condition number 7 by failing to obtain employment. |

Prob12C
Re: Harry, Adrian D.
February 9, 2024
Page 2

As of the date of this report, Mr. Harry has failed to obtain employment.

2 **Special Condition #1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On February 7, 2024, Adrian Harry allegedly violated special condition number 1 by having his placement at the residential reentry cent (RRC) terminated due to ongoing noncompliance with the facility rules and requirements.

On February 7, 2024, this officer was contacted by the case manager at the RRC citing ongoing noncompliance, to include social media accounts containing pornography and being disrespectful to staff on numerous occasions. Due to this, it had been decided that Mr. Harry could no longer reside at the facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 9, 2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

February 9, 2024
Date