PROB 12C  
(6/16)

Report Date: April 2, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Adrian D. Harry | | Case Number: 0980 2:17CR00203-TOR-1 |
| Address of Offender: ▬▬▬▬▬▬ Omak, Washington 99013 | | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | | |
| Date of Original Sentence: October 15, 2019 | | |
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 1153, 2243 (a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 240 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 5, 2022) | Prison- 2 months<br>TSR- 240 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - 5 months<br>TSR- 240 months | |
| Revocation Sentence:<br>(March 13, 2024) | Prison- 6 months<br>TSR- 240 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: August 13, 2024 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: August 13, 2044 |

### PETITIONING THE COURT

To issue a **warrant.**

On August 13, 2024, a U.S. probation officer met with Mr. Harry and reviewed his judgment and conditions of supervision with him. Mr. Harry signed the judgement acknowledging his receipt and understanding of such.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: If you are arrested or questioned by law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: Mr. Harry allegedly violated the above condition on or about March 16, 2025, by having contact with a law enforcement officer and failing to report such to the undersigned officer within 72 hours.<br><br>According to information from a Colville Tribal Police Department (CTPD) officer, in reference to case number CTPD case number 25-0390, Mr. Harry was contacted by a CTPD officer on March 16, 2025, as part of a welfare check on two children. At no time since this contact has Mr. Harry reported this information to the undersigned officer. |

Prob12C
Re: Harry, Adrian D
April 2, 2025
Page 2

2     **Special Condition #7**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact included written communication, in person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activity.

**Supporting Evidence**: Mr. Harry allegedly violated the above condition on or about March 16, 2025, by having unapproved contact with minors under the age of 18 and failing to report such to the undersigned officer within 24 hours.

According to information from a CTPD officer, in reference to case number CTPD case number 25-0390, Mr. Harry was contacted by a CTPD officer on March 16, 2025, as part of a welfare check on two children, ages approximately 4 years old and 20 months old. Mr. Harry answered the door for the CTPD officer and stated he was babysitting the two children.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/02/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

April 3, 2025

Date